IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDIAN NDUBIZU, PHD, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 2:23cv-03616 |
| DREXEL UNIVERSITY, | : |
| Defendant(s). | : |

**JOINT STATUS REPORT**

Plaintiff, Gordian Ndubizu, PhD ("Dr. Ndubizu"), and Defendant, Drexel University ("Drexel"), by and through their undersigned counsel, submit the following joint status report pursuant to the Court's September 20, 2024 Order (ECF 37), and aver as follows:

1. On September 26, 2024, counsel for the Parties met to discuss the status of the Dr. Ndubizu's criminal case (Docket No. 3:22-cr-00318 (D.N.J. Apr. 28, 2022)) and the instant civil case.

*Status of Criminal Case*

2. Dr. Ndubizu testified during his criminal trial. On August 15, 2024, Dr. Ndubizu was found guilty on all counts. On August 28, 2024, Dr. Ndubizu filed a Motion for a New Trial. Thereafter, on September 5, 2024, Judge Quraishi denied the Motion for a New Trial and issued an Opinion on September 18, 2024. A copy of the criminal docket is attached hereto as **Exhibit A.**

3. Dr. Ndubizu intends to appeal his criminal case.

*Procedural History of Instant Civil Case*

4. On April 4, 2024, Drexel filed a Motion to Stay Civil Proceedings ("Motion to Stay") (ECF 23).

5. On April 18, 2024, Dr. Ndubizu filed a Response in Opposition to the Motion to Stay (ECF 28) and a supplemental Stipulation on April 23, 2024 (ECF 32).

6. On April 29, 2024, Drexel filed a Surreply Memorandum of Law in Support of the Motion to Stay (ECF 33).

7. On May 2, 2024, this Court issued an Order (ECF 34) granting the Motion to Stay the instant Civil Action pending the criminal prosecution.

8. On May 3, 2024, this Court issued an Order (ECF 35) directing the Parties to submit a joint status report indicating whether factual discovery was completed, other than Plaintiff's deposition, and whether the Parties intended to retain expert witnesses.

9. On May 10, 2024, the Parties submitted a joint status report (ECF 36).

*Current Status of Instant Civil Case*

10. Dr. Ndubizu's position remains as set forth in his Response in Opposition to the Motion to Stay (ECF 28) and a supplemental Stipulation on April 23, 2024 (ECF 32). Plaintiff believes, based on his position as stated in these filings, that this matter is ripe for dispositive motions.

11. Drexel's position is that Dr. Ndubizu's criminal case is not resolved until his sentencing and appeal are finalized. *See Mitchell v. U.S.*, 526 U.S. 314, 326 (1999) ("It is true, as a general rule, that where there can be no further incrimination, there is no basis for the assertion of the privilege. We conclude that principle applies to cases in which the sentence has been fixed and the judgment of conviction has become final. *See, e.g., Reina v. United States*, 364 U.S. 507,

513, 81 S.Ct. 260, 5 L.Ed.2d 249 (1960). If no adverse consequences can be visited upon the convicted person by reason of further testimony, then there is no further incrimination to be feared.") Dr. Ndubizu is seeking a new trial. Therefore, Dr. Ndubizu may invoke his Fifth Amendment privilege in a deposition that takes place before his appeal and criminal case is finalized. For the reasons outlined in the Motion to Stay (ECF 23) and Surreply (ECF 32), Drexel's position is that the Parties cannot continue with discovery, namely, Dr. Ndubizu's deposition and any related discovery until his Fifth Amendment privilege is either waived or his criminal case is concluded. Accordingly, Drexel requests that the Motion to Stay remains in effect until the final resolution of Dr. Ndubizu's criminal case, or upon Dr. Ndubizu's advance waiver of the Fifth Amendment privilege for all questions and discovery requests permissible under the Federal Rules of Civil Procedure.

12. The Parties respectfully request an additional two (2) weeks to discuss the status of the case to try to resolve issues identified herein and provide the Court with a supplementary joint status report on or before October 11, 2024.

Date: September 27, 2024

                              **BUCHANAN INGERSOLL & ROONEY PC**

                    By:   */s/ Emily C. Heimbecker*
                          Joseph J. Centeno (PA ID No. 70902)
                          Emily C. Heimbecker (PA ID No. 327537)
                          Two Liberty Place
                          50 S. 16th Street, Suite 3200
                          Philadelphia, PA 19102
                          (215) 665-5301 (telephone)
                          (215) 665-8760 (facsimile)
                          joseph.centeno@bipc.com
                          Emily.heimbecker@bipc.com
                          *Counsel for Defendant, Drexel University*

Date: September 27, 2024

                                              **HILL WALLACK, LLP**

                              By:    */s/ Paul R. Sheehan*
                                        Paul R. Sheehan, (PA ID No. 91556)
                                        1000 Floral Vale Boulevard, Suite 300
                                        Yardley, PA 19067
                                        (215) 579-9246 (telephone)
                                        (215) 579-9248 (facsimile)
                                        psheehan@hillwallack.com
                                        *Counsel for Plaintiff, Gordian Ndubizu, PhD*

**CERTIFICATE OF SERVICE**

  I, Emily C. Heimbecker, hereby certify that on this 27th day of September 2024, a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system.

|  |  |
|---|---|
| DATED: September 27, 2024 | BUCHANAN INGERSOLL & ROONEY PC |
|  | */s/ Emily C. Heimbecker* |
|  | Joseph J. Centeno, Esq. |
|  | Emily C. Heimbecker, Esq. |
|  | *Counsel for Defendant,* |
|  | *Drexel University* |