IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDIAN NDUBIZU, PHD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO. 2:23cv-03616-CFK |
| DREXEL UNIVERSITY, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

Plaintiff, Gordian Ndubizu, PhD ("Dr. Ndubizu" or "Plaintiff"), and Defendant, Drexel University ("Drexel" or "Defendant"), by and through their undersigned counsel, submit the following joint status report regarding the status of Plaintiff's criminal case while it is on appeal pursuant to the Court's November 12, 2024 Order (ECF 46), and aver as follows:

1. On January 9, 2025, counsel for the Parties met to discuss the status of the Dr. Ndubizu's criminal case (Docket No. 3:22-cr-00318 (D.N.J. Apr. 28, 2022) ("the Criminal Case")) while it is on appeal.

2. As indicated in the prior Joint Status Report (ECF No. 38), Dr. Ndubizu intends to appeal his criminal case.

3. On May 2, 2024, upon motion of Defendant and after considering the opposition filed thereto, this Court issued an Order (ECF 34) granting the Motion to Stay the instant Civil Action pending the criminal prosecution. The stay remains in place.

4. Upon information and belief based on review of the Criminal Case docket, Plaintiff's Motion for a New Trial was denied on September 5, 2024, and then again on September 18, 2024.

5. As recently as January 9, 2025, the undersigned Plaintiff's counsel spoke with Plaintiff's attorney, Mark W. Catanzaro, who is representing Dr. Ndubizu in the Criminal Case.

6. In the aforementioned discussion, Mr. Catanzaro confirmed sentencing is scheduled for February 6, 2025, and that Dr. Ndubizu intends to appeal the Criminal Case post-sentencing.

Date: January 13, 2025                         **HILL WALLACK, LLP**

                                        By:    */s/ Paul R. Sheehan*
                                               Paul R. Sheehan, (PA ID No. 91556)
                                               1000 Floral Vale Boulevard, Suite 300
                                               Yardley, PA 19067
                                               (215) 579-9246 (telephone)
                                               (215) 579-9248 (facsimile)
                                               psheehan@hillwallack.com
                                               *Counsel for Plaintiff, Gordian Ndubizu, PhD*

Date: January 13, 2025                         **BUCHANAN INGERSOLL & ROONEY PC**

                                        By:    */s/ Minji Kim*
                                               Joseph J. Centeno (PA ID No. 70902)
                                               Minji Kim (PA ID No. 335176)
                                               Two Liberty Place
                                               50 S. 16th Street, Suite 3200
                                               Philadelphia, PA 19102
                                               (215) 665-5301 (telephone)
                                               (215) 665-8760 (facsimile)
                                               joseph.centeno@bipc.com
                                               minji.kim@bipc.com
                                               *Counsel for Defendant, Drexel University*

**CERTIFICATE OF SERVICE**

    I, Paul R. Sheehan, hereby certify that on this 13 day of January 2025, a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system.

DATED: January 13, 2025

                                      HILL WALLACK, LLP

                              By: /s/ *Paul R. Sheehan*
                                    Paul R. Sheehan, Esq.
                                    *Counsel for Plaintiff,*
                                    *Gordian Ndubizu, PhD*

4933-2247-8606, v. 1