IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDIAN NDUBIZU, PHD,<br><br>Plaintiff,<br><br>v.<br><br>DREXEL UNIVERSITY,<br><br>Defendant. | CIVIL ACTION NO. 2:23cv-03616-CFK |

## JOINT STATUS REPORT

Plaintiff, Gordian Ndubizu, PhD ("Dr. Ndubizu" or "Plaintiff"), and Defendant, Drexel University ("Drexel" or "Defendant"), by and through their undersigned counsel, submit the following joint status report regarding the status of Plaintiff's criminal case while it is on appeal pursuant to the Court's November 12, 2024 Order (ECF 46), and aver as follows:

1. On March 10, 2025, counsel for the Parties communicated regarding the status of the Dr. Ndubizu's criminal case (Docket No. 3:22-cr-00318 (D.N.J. Apr. 28, 2022) ("the Criminal Case")) while it is on appeal.

2. On November 12, 2024, after considering the Plaintiff's Brief (ECF No. 44) and Defendant's Brief (ECF No. 45), this Court issued an Order (ECF No. 46) that the case will remain stayed pursuant to the Court's prior Order (ECF No. 34) granting the Motion to Stay until Plaintiff is no longer in a position to assert or waive his Fifth Amendment rights. The stay remains in place.

3. Upon information and belief based on review of the Criminal Case docket, a trial in the Criminal Case concluded with a conviction on August 15, 2024.

4. Upon information and belief based on review of the Criminal Case docket, on March 3, 2025, Dr. Ndubizu was sentenced to twenty-four (24) months in prison in the Criminal Case.

5. On March 5, 2025, a Notice of Appeal (ECF No. 67) was filed in the Criminal Case by Mark W. Catanzaro, Esquire and Jerome A. Ballarotto, Esquire noticing Dr. Ndubizu's appeal to the United States Court of Appeals for the Third Circuit from the final Judgment of Conviction and sentence entered on March 3, 2025.

Date: March 12, 2025                  **HILL WALLACK, LLP**

                                                    By:     /s/ *Paul R. Sheehan*
                                                            Paul R. Sheehan, (PA ID No. 91556)
                                                           1000 Floral Vale Boulevard, Suite 300
                                                           Yardley, PA 19067
                                                           (215) 579-9246 (telephone)
                                                           (215) 579-9248 (facsimile)
                                                           psheehan@hillwallack.com
                                                           *Counsel for Plaintiff, Gordian Ndubizu, PhD*

Date: March 12, 2025                  **BUCHANAN INGERSOLL & ROONEY PC**

                                                    By:     /s/ *Minji Kim*
                                                           Minji Kim (PA ID No. 335176)
                                                           Joseph J. Centeno (PA ID No. 70902)
                                                           Two Liberty Place
                                                           50 S. 16th Street, Suite 3200
                                                           Philadelphia, PA 19102
                                                           (215) 665-5301 (telephone)
                                                           (215) 665-8760 (facsimile)
                                                           joseph.centeno@bipc.com
                                                           minji.kim@bipc.com
                                                           *Counsel for Defendant, Drexel University*

## **CERTIFICATE OF SERVICE**

I, Paul R. Sheehan, hereby certify that on this 12th day of March 2025, a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system.

DATED: March 12, 2025

                                                /s/ *Paul R. Sheehan*
                                                Paul R. Sheehan

4927-3220-5863, v. 1