IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDIAN NDUBIZU, PHD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO. 2:23cv-03616-CFK |
| DREXEL UNIVERSITY, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

Plaintiff, Gordian Ndubizu, PhD ("Dr. Ndubizu" or "Plaintiff"), and Defendant, Drexel University ("Drexel" or "Defendant"), by and through their undersigned counsel, submit the following joint status report regarding the status of Plaintiff's criminal case while it is on appeal pursuant to the Court's November 12, 2024 Order (ECF 46), and aver as follows:

1. On July 10, 2025, counsel for the Parties communicated regarding the status of the Dr. Ndubizu's criminal case (Docket No. 3:22-cr-00318 (D.N.J. Apr. 28, 2022) ("the Criminal Case")) while it is on appeal.

2. On November 12, 2024, after considering the Plaintiff's Brief (ECF No. 44) and Defendant's Brief (ECF No. 45), this Court issued an Order (ECF No. 46) that the case will remain stayed pursuant to the Court's prior Order (ECF No. 34) granting the Motion to Stay until Plaintiff is no longer in a position to assert or waives his Fifth Amendment rights. The stay remains in place.

3. Upon information and belief based on review of the Criminal Case docket, a trial in the Criminal Case concluded with a conviction on August 15, 2024.

4. Upon information and belief based on review of the Criminal Case docket, on March 3, 2025, Dr. Ndubizu was sentenced to twenty-four (24) months in prison in the Criminal Case.

5. On March 6, 2025, a Notice of Appeal (ECF No. 67) was filed by Mark W. Catanzaro, Esquire and Jerome A. Ballarotto, Esquire noticing Dr. Ndubizu's appeal to the United States Court of Appeals for the Third Circuit (the "Criminal Case Appeal") from the final Judgment of Conviction and sentence entered on March 3, 2025.

6. Upon information and belief based on review of the Criminal Case Appeal docket, on April 21, 2025, the Third Circuit issued a briefing notice directing Dr. Ndubizu to file an appellant brief.

7. Upon information and belief based on review of the Criminal Case Appeal docket, on June 30, 2025, Dr. Ndubizu's counsel filed his appellant brief and appendices.

8. Upon information and belief based on review of the Criminal Case Appeal docket, on July 3, 2025, Dr. Ndubizu's counsel filed a sealed presentence report.

9. Upon information and belief based on review of the Criminal Case Appeal docket, on July 10, 2025, the Third Circuit confirmed receipt of hard copies of Dr. Ndubizu's appellant brief and appendices, and presentence report.

10. Upon information and belief based on review of the Criminal Case Appeal docket, the Criminal Case remains on appeal at this time pending the Third Circuit's review of Dr. Ndubizu's appellant brief and appendices, and presentence report.

Date: July 11, 2025　　　　　　　　**HILL WALLACK, LLP**

　　　　　　　　　　　　　　　　By:　*/s/ Paul R. Sheehan*
　　　　　　　　　　　　　　　　Paul R. Sheehan, (PA ID No. 91556)
　　　　　　　　　　　　　　　　1000 Floral Vale Boulevard, Suite 300
　　　　　　　　　　　　　　　　Yardley, PA 19067
　　　　　　　　　　　　　　　　(215) 579-9246 (telephone)
　　　　　　　　　　　　　　　　(215) 579-9248 (facsimile)
　　　　　　　　　　　　　　　　psheehan@hillwallack.com
　　　　　　　　　　　　　　　　*Counsel for Plaintiff, Gordian Ndubizu, PhD*

Date: July 11, 2025                    **BUCHANAN INGERSOLL & ROONEY PC**

                                          By:   */s/Minji Kim*
                                          Joseph J. Centeno (PA ID No. 70902)
                                          Minji Kim (PA ID No. 335176)
                                          Two Liberty Place
                                          50 S. 16th Street, Suite 3200
                                          Philadelphia, PA 19102
                                          (215) 665-5301 (telephone)
                                          (215) 665-8760 (facsimile)
                                          joseph.centeno@bipc.com
                                          minji.kim@bipc.com
                                          *Counsel for Defendant, Drexel University*

## CERTIFICATE OF SERVICE

I, Minji Kim, hereby certify that on this 11th day of July 2025, a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system.

DATED: July 11, 2025

                                                    **BUCHANAN INGERSOLL & ROONEY PC**

                                                    By:   */s/Minji Kim*
                                                    Joseph J. Centeno (PA ID No. 70902)
                                                    Minji Kim (PA ID No. 335176)
                                                    Two Liberty Place
                                                    50 S. 16th Street, Suite 3200
                                                    Philadelphia, PA 19102
                                                    (215) 665-5301 (telephone)
                                                    (215) 665-8760 (facsimile)
                                                    joseph.centeno@bipc.com
                                                    minji.kim@bipc.com
                                                    *Counsel for Defendant, Drexel University*